**Karim Abdul AKBAR, Plaintiff–Appellant,**

**v.**

**P.E.R.T. OFFICERS, Defendant–Appellee,**

**and**

**Joyce Kornegay, Commander; Mr. Mobely, Assistant Superintendent of Programs; Johnny Hawkins, Assistant Superintendent of Custody, Defendants.**

No. 14–7525.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 15, 2015.

Decided: Jan. 21, 2015.

Karim Abdul Akbar, Appellant Pro Se. Kimberly D. Grande, North Carolina Department of Justice, Raleigh, North Carolina, for Appellee.

Before WILKINSON and NIEMEYER, Circuit Judges, and DAVIS, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Karim Abdul Akbar seeks to appeal the district court's order directing the Defendants in his 42 U.S.C. § 1983 (2012) action to respond to his amended motion for discovery and holding in abeyance the motions for discovery. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Akbar seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*